IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr148

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DARREN NELSON HARRISON | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.

The defendant is presently in custody pending resolution of allegations that he violated the conditions of his supervised release by committing new crimes. (Doc. No. 39: Petition). The United States Probation Office has informed the Court and the parties that the related state charges have been dismissed and the alleged victims have recanted their previous statements by sworn affidavit. Therefore, it is recommended that the Petition be withdrawn and the defendant be re-instated to supervised release.

**IT IS, THEREFORE, ORDERED** that the Petition (Doc. No. 39) is **WITHDRAWN** and the defendant is re-instated to supervised release.

The Clerk is directed to certify copies of this order to counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 22, 2010

Robert J. Conrad, Jr.
Chief United States District Judge